**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARLON POSADA DIAZ,

Petitioner

v.

TODD BLANCHE, et al.,

Respondents

Case No.: 2:26-cv-03011-APG-MDC

**Order**

I ORDER that the petitioner's motions to extend time (ECF Nos. 8, 9) are GRANTED.

I FURTHER ORDER that the federal respondents must file a response to the traverse (ECF No. 10) within 14 days. The petitioner may file a reply within 7 days of the response.

DATED this 5th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE